Redacted

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: 23mj1432-KSC

UNITED STATES OF AMERICA,

v.

(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

(2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

(3) HOMERO CERVANTES ROSALES,

(4) MAURICIO CERVANTES ROSALES,

Defendants.

**COMPLAINT FOR VIOLATION OF:**
**(First-Amended)**

Title 21, U.S.C., § 841(a)(1) –
Distribution of Methamphetamine

Title 21, U.S.C., § 841(a)(1) and 846 –
Conspiracy to Distribute
Methamphetamine

Title 18, U.S.C., § 922(a)(1)(A) Deal
and Manufacture Firearms Without a
License

The undersigned complainant being duly sworn states:

### Count 1

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

//
//
//
//
//

Count 2

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████.

Count 3

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████

Count 4

On or about February 21, 2023, within the Southern District of California, the defendant HOMERO CERVANTES ROSALES, not being licensed dealer or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms in violation of Section 922(a)(1)(A) of Title 18 of the United States Code.

Count 5

On or about March 10, 2023, within the Southern District of California, defendant HOMERO CERVANTES ROSALES did knowingly and intentionally distribute, 50 grams or more of methamphetamine, to wit: approximately 446.6 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Section 841(a) of Title 21 of the United States Code.

1

2

Count 6

On or about April 20, 2023, within the Southern District of California, defendants HOMERO CERVANTES ROSALES and MAURICIO CERVANTES ROSALES did knowingly and intentionally distribute, 500 grams or more of methamphetamine, to wit: approximately 4808.08 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Section 841(a) of Title 21 of the United States Code.



ERICA BAASTEN
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of April 2023.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I have learned the following information from having read reports prepared by other law enforcement officers and personal observations. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

*Training and Experience*

I am currently a Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April 2021. Before joining ATF, I was a Deputy District Attorney in the 20th Judicial District of Colorado from 2011 until 2021. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, and the ATF National Academy's Special Agent Basic Training course. As an ATF SA, I have received training in federal firearms and controlled substances laws and have been the affiant on search and arrest warrants for such violations, to include investigations of persons prohibited from possessing firearms, dealing firearms without a license, violations of the National Firearms Act, and distribution of controlled substances. In this realm, I have authored affidavits for search warrants and complaints which have yielded evidence of federal criminal violations. Through my training, education, and experience, I have become familiar with the manner in which members of a criminal enterprise communicate, contact each other, and use electronic communications to store, transmit, and distribute information to one another and how they plan, organize, and carry out their criminal activities. I have become familiar with the movements of individuals trafficking in illegal drugs and weapons and those suspected of committing violent crimes and trafficking in illegal drugs and weapons.

//

//

*Introduction*

Beginning in September 2022, ATF special agents received information that ████████████████████████████████████[1] had methamphetamine for sale within the Southern District of California. Federal agents coordinated the purchase and sale of methamphetamine from ███████████utilizing an ATF confidential informant (CI)[2] and an ATF undercover agent (UCA). During the investigation, █████████ introduced ████████████████████████████ as a source of methamphetamine and firearms. ██████████ also introduced another source of firearms, Homero CERVANTES ROSALES ("CERVANTES ROSALES"). Through the course of the investigation, ATF UCAs and ATF CI purchased methamphetamine and numerous firearms, including machineguns, short-barrel rifles, and silencers. During the controlled purchases and a lot of the pre-deal communications, ████████, ████████████, and Homero CERVANTES ROSALES spoke primarily in Spanish with ATF UCA1, ATF UCA2, and ATF CI.[3]

*Machineguns*

Based upon my training and experience, and consistent with 18 USC § 5845 (b), I know that the term "machine gun" or "machinegun," means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

---

[1] ████████████ was positively identified utilizing law enforcement databases.
[2] The CI involved in this investigation is paid subsistence compensation in exchange for cooperation. The CI has provided truthful and credible information related to this investigation as well as previous and current ongoing investigations. A criminal records check revealed the CI was convicted of felony domestic violence, exhibiting a deadly weapon and received three years' probation. The CI was activated December 9, 2021. In the summer of 2022, CI was arrested and charged in state court on new charges. The CI was deactivated July 25, 2022. In fall of 2022, CI was convicted in state court of willful discharge of a firearm in grossly negligent manner and prohibited person in possession of ammunition and received two years' probation. The CI was reactivated September 8, 2022, after the resolution of the state case.
[3] ATF UCA 1, ATF UCA2, and ATF CI are fluent in Spanish.

1    Machinegun Conversion Device (MCD) is a device that, when integrated with a
2    semiautomatic firearm, will convert it to fire in fully automatic capacity. MCDs are defined
3    as machineguns under federal law, even when not integrated with a firearm. MCDs include
4    traditional "Drop In Auto Sears" (DIASs), which are designed for use on AR-type firearms,
5    and more recently developed "Switches," which are designed for use on certain
6    semiautomatic pistols.

*Privately Made Firearms*

7    Privately made Firearms (PMFs) are firearms that are not made by firearm
8    manufacturers; instead, firearm manufacturers sell individual buyers firearm parts, and the
9    buyer uses various firearm drilling tools to construct and assemble the parts into a
10   functional firearm. PMFs are also known as "ghost guns" because they are not serialized
11   and, therefore, are untraceable.

*National Firearms Registration and Transfer Record*

12   Based upon my training and experience, I know that National Firearms Act (NFA)
13   firearms, are restricted firearms and other devices regulated by the NFA. These items are
14   only sold by specially licensed Federal Firearms License (FFL) dealers with a Class 3
15   Special Occupational Tax permit. An FFL is a license in the United States that enables an
16   individual or company to engage in a business pertaining to the manufacture or importation
17   of firearms and ammunition, or the interstate and intrastate sale of firearms. To lawfully
18   posses or transfer NFA firearms, the NFA firearm must be registered to the possessing or
19   transferring individual in the National Firearms Registration and Transfer Record.
20   Moreover, according to ATF records, ███████, ████████████, and Homero
21   CERVANTES ROSALES are not licensed FFL dealers with a Class 3 Special
22   Occupational Tax permit were, therefore, prohibited from selling machineguns, short-
23   barrel rifles, and silencers.

26   //
27   //
28   //

1    *September 13, 2022 – Sale of Methamphetamine from* ▇▇▇▇▇

2    *(Count 1)*

3         An ATF CI negotiated the purchase of one pound of methamphetamine, under ATF

4    direction, directly with ▇▇▇▇▇▇ Due to the method of communication used by

5    ▇▇▇▇▇, (Snap Chat and unrecorded phone calls), not all of the communications were

6    captured.

7         On September 13, 2022, an agent organized a controlled purchase operation for the

8    purchase of one pound of methamphetamine from ▇▇▇▇▇.   The meeting was audio

9    and video recorded.   The CI was searched prior to and after the controlled purchase

10   operation and no contraband was found.[4] ▇▇▇▇▇ met with UCA1 and the CI in a

11   parking lot located at 307 Vista Village Dr, Vista, California, 92083. ▇▇▇▇▇ got into

12   the UCA1's vehicle (UCV). ▇▇▇▇▇ indicated his source was still on the way.

13   ▇▇▇▇▇ continued to be in contact with his source and, at one point, ▇▇▇▇▇

14   met with his source to get the methamphetamine. ▇▇▇▇▇ returned to the UCV and

15   sold UCA1 approximately 439.4 grams of methamphetamine for $1,200.

16        The purchased methamphetamine was sent to the Drug Enforcement Administration

17   (DEA) Laboratory for a chemical analysis.   The results were that the substance was

18   methamphetamine hydrochloride with a purity of 99% ± 6%.   The net weight of the

19   methamphetamine was 439.4 grams ± 0.2 grams.   The amount of pure substance was

20   determined to be 435 grams ± 26.6 grams.

21

22   *November 17, 2022 – Sale of Methamphetamine from* ▇▇▇▇▇ *and* ▇▇▇▇▇

23   *(Count 2)*

24        ▇▇▇▇▇ reached out to the CI through Snap Chat and offered to sell two pounds

25   of methamphetamine. During negotiations, ▇▇▇▇▇ indicated he would send his

26   source instead of coming himself and provided contact information for an individual, later

27

28   ---
[4] This process was utilized during each controlled purchase operation in which ATF CI was present.  ATF CI was kept under surveillance during the entire operation.

1  identified as ███████████████.[5]  Based on the method of communication, the
2  communications were not able to be captured.  The CI then continued negotiations, under
3  ATF direction, with ███████████   ███████████████  also indicated he could
4  sell firearms.  These communications were through documented messages and unrecorded
5  phone calls.

6      On November 21, 2022, an agent organized a controlled purchase operation of two
7  pounds of methamphetamine and a firearm from ███████████  and ███████████████
8  Prior to the controlled purchase, ███████████████  contacted the CI in an unrecorded
9  call and indicated that the firearm was sold already. In documented messages, ███████
10 ███████  and  the  CI  agreed  to  still  meet  for  the  purchase  of  two  pounds  of
11 methamphetamine and to discuss future firearms purchases. The CI was searched prior to
12 and after the controlled purchase operation and no contraband was found.

13     While  under  surveillance,  a  recorded  meeting  took  place  between  ███████████
14 ███████  and the CI and UCA2 in a parking lot located at 151 Vista Village Dr, Vista,
15 California, 92083. During the meet, ███████████████  got  into  the  UCV  and  sold
16 approximately  906  grams  of  methamphetamine  to  UCA2  for  $1,900.  ███████████
17 ███████  discussed future firearm deals and pricing, including that ███████████████
18 could sell conversion switches to make firearms fully automatic.  UCA2 stated that the
19 quoted price for the switches was too high, and ███████████████  stated the price was
20 high based on the high penalty (years in prison) for being caught with the switches.

21     The purchased methamphetamine was sent to the Drug Enforcement Administration
22 (DEA)  Laboratory  for  a  chemical  analysis.  The  results  were  that  the  substance  was
23 methamphetamine hydrochloride with a substance purity of $100\% \pm 6\%$.  The net weight
24 of the methamphetamine was $906$ grams $\pm 1$ grams.  The amount of pure substance was
25 determined to be $906$ grams $\pm 55$ grams.

26 //
27 //
28

---

[5] ███████████████  was positively identified through law enforcement databases.

*December 2, 2022 – First Sale of Firearms from* ███████████

*(Count 3)*

██████████████ offered to sell the CI firearms. The CI negotiated, under ATF direction, to purchase four PMF, Glock style, pistols from ██████████████ ████████████ utilized WhatsApp and Instagram's "vanish" feature. Most of the communications were not captured. ██████████████ indicated he would send another individual to meet CI and complete the sale. ██████████████ also messaged ATF UCA2.

On December 2, 2022, an agent organized a controlled purchase operation of four PMF, Glock style pistols from ██████████████ for $4,400. The deal was going to be facilitated through an unidentified individual sent by ██████████████ The CI was searched prior to and after the controlled purchase operation and no contraband was found. While under surveillance, a recorded meeting between an unidentified male and the CI took place at 151 Vista Village Dr, Vista, California, 92083. UCA2 was also present but the unidentified male would not meet UCA2. The CI met the unidentified male at the male's vehicle. The CI brought the four PMF pistols back to UCA2 for inspection and then the CI returned to the male and paid him $4,400 for the firearms.

*January 5, 2023 – Second Sale of Firearms and Drugs from* ██████████████

██████████████ offered to sell the CI additional methamphetamine and firearms. CI negotiated, under ATF direction, to purchase two PMF, Glock style, 9mm pistols and one pound of methamphetamine from ██████████████ The deal was set for January 5, 2023. ██████████████ continued to utilize multiple methods of communication, including using text messages, calls, and "vanish" feature on Instagram. Many of the communications through Instagram were not captured, but the text messages and several calls were documented.

On January 5, 2023, an agent organized a controlled purchase operation of two PMF, Glock style pistols and one pound of methamphetamine from ██████████████ for $2,700. CI was searched prior to and after the controlled purchase operation and no

1  contraband was found. While under surveillance, a recorded meeting between ███████

2  █████, UCA1, and ATF CI took place at 151 Vista Village Dr, Vista, California, 92083.

3  UCA1 and CI met ███████████ in ██████████████' vehicle. During the

4  deal, ████████████ discussed being able to sell more firearms as well as

5  "switches." ███████████ also acknowledged he had another firearm with him

6  but that it was his personal firearm, and he did not want to sell it. ████████████

7  sold UCA1 and the CI two PMF, Glock style, 9mm pistols and approximately 444 grams

8  of methamphetamine for $2,700.

9        The purchased methamphetamine was sent to the Drug Enforcement Administration

10  (DEA) Laboratory for a chemical analysis. The results were that the substance was

11  methamphetamine hydrochloride with a substance purity of 65% ± 5%. The net weight of

12  the methamphetamine was 444 grams ± 1 grams. The amount of pure substance was

13  determined to be 288 grams ± 23 grams.

14        *January 11, 2023 – Third Sale of Firearms and Drugs from* ███████████

15  ███████████ contacted the CI and indicated he had additional

16  methamphetamine and firearms for sale. The CI negotiated, under ATF direction, to

17  purchase one (1) Browning, Buck Mark, .22LR caliber pistol, serial number 515ZM30682,

18  and one (1) pound of methamphetamine from ███████████ The deal was set for

19  January 11, 2023. ███████████ continued to utilize the Instagram "vanish"

20  feature and calls through the application. Many of these communications were not

21  captured. ███████████ also called and texted the CI, which were documented.

22        On January 11, 2023, an agent organized a controlled purchase operation of a

23  serialized, Browning pistol and one pound of methamphetamine from ███████████

24  ██████ for $1,800. The CI was searched prior to and after the controlled purchase

25  operation and no contraband was found. While under surveillance, a recorded meeting

26  between ███████████, UCA1, and the CI took place at 1200 Auto Park Way,

27  Escondido, CA, 92029. ███████████ met UCA1 and the CI in an UCV to

28  complete the sale. ███████████ sold UCA1 and the CI one (1) Browning, Buck

Mark, .22LR caliber pistol, serial number 515ZM30682, and 442 grams of methamphetamine for $1,800.

The purchased methamphetamine was sent to the Drug Enforcement Administration (DEA) Laboratory for a chemical analysis. The results were that the substance was methamphetamine hydrochloride with a substance purity of $58\% \pm 5\%$. The net weight of the methamphetamine was $442$ grams $\pm 1$ grams. The amount of pure substance was determined to be $256$ grams $\pm 22$ grams.

Preliminary check of the Firearms Trace Summary for the Browning BuckMark revealed that while it was purchased originally in Santa Ana, California, it was transferred prior to that sale from Browning Arms Company in Utah to Pennsylvania to the firearms dealer in California.

*February 21, 2023 - Sale of Firearms from* ▊▊▊ *and*

*Homero Cervantes Rosales*

*(Count 4)*

On February 15, 2023, ▊▊▊ contacted the CI via unrecorded phone call indicating he had three AR-15 rifles he could sell to the CI. Over the next days, the CI and ▊▊▊ communicated through unrecorded phone calls and recorded text messages. ▊▊▊ indicated he had additional firearms that would be available for sale as well. The CI, under the direction of ATF agents, negotiated the purchase three rifles from ▊▊▊ for six thousand dollars. ▊▊▊ indicated the firearms belonged to another person in Perris, California; however, ▊▊▊ coordinated the firearm purchase. ▊▊▊ contacted the CI and told the CI that another individual would bring the firearms and stated the person went by the moniker "Negro."

On February 21, 2023, an agent organized a controlled purchase operation of three firearms from ▊▊▊ for $6,000. The deal was to be completed by "Negro," later identified as Homero CERVANTES ROSALES.[6] The CI was searched prior to and after

---

[6] ATF agents submitted an image of "Negro" from a controlled purchase on February 24, 2023 to the Riverside Cal-ID Facial Comparison Unit for analysis. The analysis revealed an investigative lead. From that lead and using law enforcement databases, ATF agents

1  the controlled purchase operation and no contraband was found. While under surveillance,
2  a recorded meeting between CERVANTES ROSALES, UCA1, and the CI took place at
3  3382 Murphy Canyon Road, San Diego, California, 92123. CERVANTES ROSALES
4  introduced himself as "Negro." CERVANTES ROSALES met UCA1 and the CI in UCV
5  to complete the sale. CERVANTES ROSALES sold UCA1 and the CI one Aero Precision
6  M4E1 multi-caliber short barrel rifle, SN M4-0376836 ("AP M4E1"); one Anderson
7  Manufacturing AM-15 multi-caliber short-barrel rifle, SN 17085467 ("AM-15"), with an
8  armbrace (suspected short-barrel rifle pursuant to ATF Final Rule 2021R-08F); and one
9  American Tactical Imports Alpha-15 multi-caliber rifle, SN AV00984 ("Alpha-15") for
10 $6,000.

11      During the deal, CERVANTES ROSALES told UCA1 that he had additional
12 firearms for sale. CERVANTES ROSALES also told the UCA1 that, with advance notice,
13 he could get whatever kind of firearms and ammunition that UCA1 wanted. UCA1 told
14 CERVANTES ROSALES that the firearms being purchased were destined for Tijuana,
15 Mexico.   CERVANTES ROSALES told UCA1 that CERVANTES ROSALES sent
16 "moto" (marijuana) to Texas and receives firearms in return.

17
18
19
20
21
22
23
24
25
26

27 were able to positively identify CERVANTES ROSALES.  Originally, ATF agents
28 believed CERVANTES ROSALES spelled his first name Omero based on the criminal
history reports.  On April 20, 2023, I observed his Consular ID Card, which lists the
spelling of his name Homero CERVANTES ROSALES.

Measurements of the barrel length and overall length were documented for the AP M4E1 and the AM-15. The barrel length of the AP M4E1 was 13.5 inches and an overall length of 31.25 inches. The barrel length of the AM-15 was 14.5 inches and an overall length of 31.25 inches. The firearms are depicted below.



Preliminary checks of Firearms Trace Summaries for the three firearms revealed that the AP M4E1 was purchased originally in Killeen, Texas, the AM-15 was purchased originally in Conroe, Texas, and the Alpha-15 was purchased originally in Arlington, Texas.

*February 22, 2023 – Second Sale of Firearms from Homero Cervantes Rosales*

CERVANTES ROSALES negotiated directly with UCA1 in recorded communications and offered to sell three additional firearms to UCA1 for $6,000. On February 22, 2023, an agent organized a controlled purchase operation of three firearms from CERVANTES ROSALES. While under surveillance, a recorded meeting between CERVANTES ROSALES and UCA1 took place at 3382 Murphy Canyon Road, San Diego, California, 92123. CERVANTES ROSALES met UCA1 in UCV to complete the sale. CERVANTES ROSALES sold UCA1 one ROMARM CUGIR, GP WASR 10/63, 7.62 caliber, rifle, SN S-BH2309 ("ROMARM"); one Anderson Manufacturing, AM-15, multi caliber, rifle, SN 16443948 ("AM-15(2)"); and one non-serialized, Privately Made Firearm (PMF), .223 caliber, AR style pistol for $6,000. The firearms are depicted below.



During the deal, UCA1 asked if CERVANTES ROSALES could acquire fully automatic rifles, and CERVANTES ROSALES stated he knew someone in Los Angeles that could convert rifles to shoot fully automatic. UCA1 told CERVANTES ROSALES again that the firearms were going to Mexico. CERVANTES ROSALES told UCA1 that he had more rifles and pistols available for sale and would send photographs to UCA1. CERVANTES ROSALES indicated he had not contacted ███████ about the deal for that day and suggested more money could be made without his inclusion. CERVANTES ROSALES told UCA1 that he was from Michoacan, Mexico.

Preliminary checks of Firearms Trace Summaries revealed that the ROMARM was purchased originally in Butte, Montana and the AM-15(2) was purchased originally in Granbury, Texas.

*February 24, 2023 – Third Sale of Firearms from Homero Cervantes Rosales*

CERVANTES ROSALES negotiated directly with UCA1 in recorded communications and offered to sell four additional firearms to UCA1 for $7,500. Separately, ███████ reached out to the CI in unrecorded messages indicating he had firearms for sale. The CI was able to capture the photos sent and they were the same photographs CERVANTES ROSALES sent to UCA1. A deal was not set up with ███████. ███████ confronted the CI after he found out that UCA1 and

CERVANTES ROSALES had completed a deal on February 22. ██████████ was upset that he was not included and, therefore, did not get paid. This interaction was not recorded.

On February 24, 2023, an agent organized a controlled purchase operation of four firearms from CERVANTES ROSALES. While under surveillance, a recorded meeting between CERVANTES ROSALES, UCA1, and UCA3 took place at 3382 Murphy Canyon Road, San Diego, California, 92123. CERVANTES ROSALES met UCA1 and UCA3 in UCV to complete the sale. CERVANTES ROSALES indicated he only had three of the firearms to sell. CERVANTES ROSALES sold UCA1 and UCA3 one (1) Zastava, Z-PAP M70, 7.62 caliber, rifle, SN Z70139842 ("Zastava"); one (1) ITM Arms Company, MK-99, 7.62 caliber, pistol, SN 0009075 ("ITM"); and one Sig-Sauer, P226, 9mm caliber, pistol, SN U690145 ("Sig-Sauer") for $5,500. The firearms are depicted below.



During the deal, CERVANTES ROSALES continued to discuss future firearms deals with UCAs. UCA1 also asked CERVANTES ROSALES if the firearms belonged to ██████████ and CERVANTES ROSALES said everything was his. UCA1 asked if CERVANTES ROSALES had contacted ██████████ because ██████████ had reached out to the CI and was upset he was not involved. CERVANTES ROSALES indicated he would no longer contact ██████████. UCAs also asked whether CERVANTES

1  ROSALES sold methamphetamine CERVANTES ROSALES indicated he would ask and

2  did not know much about methamphetamine.

3        Preliminary checks of Firearms Trace Summaries revealed that the Zastava was

4  purchased originally in Saratoga Springs, Utah, the ITM was purchased originally in Fort

5  Worth, Texas, and the Sig-Sauer was purchased in Weatherford, Texas.

6        *February 28, 2023 – Fourth Sale of Firearms from Homero Cervantes Rosales*

7        CERVANTES ROSALES negotiated directly with UCA1 in recorded

8  communications and offered to sell UCA1 four rifles for $2,000 per rifle, one pistol for

9  $1,500, and one fully automatic firearm for $2,000.  On February 28, 2023, an agent

10  organized a controlled purchase operation of six firearms from CERVANTES ROSALES.

11  While under surveillance, a recorded meeting between CERVANTES ROSALES and

12  UCA1 took place at 3382 Murphy Canyon Road, San Diego, California, 92123.

13  CERVANTES ROSALES met UCA1 in UCV to complete the sale. CERVANTES

14  ROSALES indicated he brought only rifles (no pistols) to sell. CERVANTES ROSALES

15  sold UCA1 one Lauer Custom Weaponry, unknown model, multi caliber, short barrel rifle,

16  with an obliterated serial number ("Lauer"); one non-serialized, PMF, multi caliber, AR

17  style short barrel rifle ("PMF short barrel"); one (1) non-serialized, PMF, multi caliber, AR

18  style rifle with auto sear to make it capable of firing fully automatic ("PMF Fully-Auto

19  AR"); two non-serialized, PMF, multi caliber, AR style rifles ("PMF ARs"); and one

Palmetto State Armory, PA-15, multi caliber, rifle, SN LW097832 ("Palmetto") for $12,000. The firearms are depicted below.



During the deal, CERVANTES ROSALES stated he had not test fired the fully automatic firearm, but that the guy he obtained the rifle from would not lie. CERVANTES ROSALES pointed at the selector switch and stated to move the switch to make the rifle fire in full auto. UCA1 asked CERVANTES ROSALES if someone had erased the serial number on the Lauer short-barrel rifle and CERVANTES ROSALES stated that sometimes the rifles got messed up. UCA1 discussed pricing with CERVANTES ROSALES and CERVANTES ROSALES agreed to lower the price of future firearms. UCA1 told CERVANTES ROSALES if he did not want to be involved with the methamphetamine, he could introduce UCA1 to his source of supply. CERVANTES ROSALES agreed to introduce UCA1 to his source and stated the source moved everything. He also mentioned he had marijuana for sale. CERVANTES ROSALES told UCA1 that he knew a girl in San Diego that he used to move things to Tijuana.

Measurements of the barrel and overall length were documented for the Lauer and the PMF short barrel. The barrel length of the Lauer was approximately 12 inches and an overall length of approximately 31.5 inches. The barrel length of PMF short barrel rifle was approximately 9.5 inches and an overall length of approximately 28 inches. In examination of the PMF Fully-Auto AR, I noted that inside the receiver was a plastic "Drop in Auto Sear" ("DIAS") that appeared to have been 3D printed. Depicted in the photo below. The DIAS was plastic and had striations consisted with items that have been 3D printed.



Preliminary check of Firearms Trace Summary for the Palmetto revealed that while it was purchased originally in West Covina, California, it was transferred prior to that sale from Palmetto State Armory in South Carolina to the firearms dealer in West Covina, California.

*March 3, 2023 – Fifth Sale of Firearms from Homero Cervantes Rosales*

CERVANTES ROSALES negotiated directly with UCA1 in recorded communications and offered to sell UCA1 six rifles for $1,800 per rifle. On March 3, 2023, an agent organized a controlled purchase operation of six firearms from CERVANTES ROSALES. The controlled purchase was monitored and recorded through audio/video recording and transmitting devices.

CERVANTES ROSALES met with UCA1 and UCA3 in the Undercover Location in San Diego, California to complete the sale. CERVANTES ROSALES sold UCA1 and

1   UCA3 one Anderson Manufacturing, AM-15, .223 caliber, rifle, SN 20627F13

2   ("Suspected Machine Gun"); one Battle Arms Development, Workhorse, multi caliber,

3   short barrel rifle, SN WP05060 ("Battle Arms"); one IO Inc, IO-15, multi caliber, short

4   barrel rifle, SN IO15-08050 ("IO-15") with a blade (suspected short barrel rifle pursuant

5   to ATF Final Rule 2021R-08F); one DPMS Inc., LR-308, .308 caliber, rifle, SN

6   FFK028244 ("DPMS"); and two non-serialized, PMF, multi-caliber, AR style rifles ("non-

7   serialized PMF ARs") for $10,800. Depicted in the photo below.



16   During the deal, CERVANTES ROSALES told UCAs he believed one of the rifles

17   was fully automatic but did not remember which one. While inspecting the firearms, UCAs

18   noticed one of the firearms (SN: IO15-08050) was not functioning properly/consistently.

19   CERVANTES ROSALES stated all of the firearms had been test fired and functioned.

20   During the contact, UCAs and CERVANTES ROSALES discussed additional firearm

21   purchases. CERVANTES ROSALES stated that he could sell ten firearms on a weekly

22   basis to UCAs. CERVANTES ROSALES also discussed his methamphetamine sources

23   with UCAs. He noted that his San Diego source was currently out of methamphetamine

24   and his source up north needed the money upfront. CERVANTES ROSALES also offered

25   to sell marijuana to UCAs.

26   Measurements of the barrel length and overall length for the Battle Arms and IO-15

27   were documented. The barrel length of the Battle Arms was approximately 12 inches and

28   an overall length of approximately 30 inches. The barrel length of the IO-15 was

1  approximately 9 inches and an overall length of approximately 23.5 inches. The IO-15 did
2  not function/fire during the attempted test fire of the firearm on March 7, 2023. The
3  Suspected Machine Gun gave an indication of being capable of firing fully automatic.
4  Further examination will determine whether it meets the definition of a "machine gun"
5  under the National Firearms Act.

6       Preliminary checks of Firearms Trace Summaries revealed that the AM-15
7  Suspected Machine Gun was purchased originally in Phoenix, Arizona, the Battle Arms
8  was purchased originally in Waxahachie, Texas, the IO-15 was purchased originally in
9  Phoenix, Arizona, and the DPMS was purchased originally in Reno, Nevada.

10  *March 10, 2023 – Sixth Sale of Firearms and First Sale of Narcotics*
11  *from Homero Cervantes Rosales*
12  *(Count 5)*

13       CERVANTES ROSALES negotiated directly with UCA1 in recorded
14  communications and offered to sell UCA1 two firearms for $1,800 per firearm and one
15  pound of methamphetamine for $1,000. On March 10, 2023, an agent organized a
16  controlled purchase operation of two firearms and one pound of methamphetamine from
17  CERVANTES ROSALES. The controlled purchase was monitored and recorded through
18  audio/video recording and transmitting devices.

19       CERVANTES ROSALES met with UCA1 and UCA3 in San Diego, CA to complete
20  the sale. During the deal, UCA1 spoke to CERVANTES ROSALES about one of
21  previously purchased firearms not working. CERVANTES ROSALES indicated he would
22  bring another one and suggested UCA1 purchase more firearms. UCA1 told CERVANTES
23  ROSALES that UCA1's financier was in Sinaloa, Mexico, but would return later. UCAs
24  discussed whether a better price could be reached on the methamphetamine if greater
25  quantities were purchased. CERVANTES ROSALES indicated he could get it for $800 to
26  $850 per pound but needed to charge more for transportation. He further explained he could
27  not confirm the quality as it was new to him. He told UCAs that he only needed a day's
28  notice to acquire the methamphetamine.

1    CERVANTES ROSALES sold UCA1 and UCA3 one (1) non-serialized, Privately
2    Made Firearm (PMF), AR style, 5.56 caliber, short barrel rifle and one (1) non-serialized,
3    PMF firearm, AR style, 5.56 caliber firearm with blade (possible short barrel rifle pursuant
4    to ATF Final Rule 2021R-08F) and 446.6 grams of methamphetamine for $4,600.
5    Depicted in the photo below.



14   Measurements of the barrel length and overall length for the two purchased firearms
15   were documented.  The barrel length of the non-serialized, PMF, AR style short barrel rifle
16   was approximately 12 inches and an overall length of approximately 30 inches.  The barrel
17   length of the non-serialized, PMF, AR style firearm was approximately 12 inches and an
18   overall length of approximately 27 inches.
19   The purchased methamphetamine was sent to the Drug Enforcement Administration
20   (DEA) Laboratory for a chemical analysis.  The results were that the substance was
21   methamphetamine hydrochloride with a substance purity of 100% ± 6%.  The net weight
22   of the methamphetamine was 446.6 grams ± 0.2 grams.  The amount of pure substance was
23   determined to be 446.6 grams ± 27 grams.
24   *March 24, 2023 – Seventh Sale of Firearms from Homero Cervantes Rosales*
25   CERVANTES ROSALES negotiated directly with UCA1 in recorded
26   communications and offered to sell UCA1 four rifles for $1,800 per rifle.  On March 24,
27   2023, an agent organized controlled a purchase operation of four firearms from
28

CERVANTES ROSALES. The controlled purchase was monitored and recorded through audio/video recording and transmitting devices.

Prior to the controlled purchase operation, pre-operational surveillance was done. A black GMC Sierra with temporary plate 54360E1 ("Sierra") was located outside of 297 Whirlaway Street, Perris, CA in the morning. Surveillance of 23490/23488 Marshall Street, Perris, CA revealed Homero CERVANTES ROSALES leave in the Raptor. Homero CERVANTES ROSALES was stopped by California Highway Patrol near SR-74 and Ardenwood. At some point after being stopped, another individual, Adult Male 1 (AM1), joined Homero CERVANTES ROSALES and they drove down to San Diego, California together in the Raptor.

Homero CERVANTES ROSALES and AM1 met with UCA1 and UCA3 completed the sale in San Diego, CA. CERVANTES ROSALES sold UCA1 and UCA3 one (1) non-serialized, Privately Made Firearm (PMF), AR style, 5.56 caliber, short barrel rifle; one (1) Mega Machine Shop Inc, Gator, multi caliber, rifle, serial number MUR21540; one (1) non-serialized, Privately Made Firearm (PMF), AR style, .223 caliber, rifle; and one (1) non-serialized, Privately Made Firearm (PMF), AR style, 5.56 caliber, rifle for $7,200. Depicted in the photo below.



During the deal, UCAs discussed future firearm purchases with CERVANTES ROSALES. UCA1 expressed that his financier was still down South (Mexico). CERVANTES ROSALES asked if UCAs still needed methamphetamine. He stated that his people had 300 pounds available and agreed to pricing of $900 per pound for future deals. CERVANTES ROSALES stated they had a room full of methamphetamine and only needed a day to fulfill an order. CERVANTES ROSALES stated when he gained the trust of his suppliers, he could provide better prices.

Homero CERVANTES ROSALES also mentioned he had been stopped by CHP prior to picking up AM1. UCAs asked whether CERVANTES ROSALES had any hidden compartments in the Raptor. Homero CERVANTES ROSALES stated he did not but was interested in one. UCAs showed Homero and AM1 vehicles with compartments. Shortly after, CERVANTES ROSALES and AM1 left in the Ford Raptor.

Measurements of the barrel length and overall length were documented for PMF short barrel rifle. The barrel length of the non-serialized, PMF, AR style short barrel rifle was approximately 9 inches and an overall length of approximately 29 inches.

*March 28, 2023 - Fourth Sale of Firearms from Armenta Flores*

In March, ARMENTA FLORES contacted the CI about firearms available for sale, including one with a "switch" on it. ARMENTA FLORES sent messages and audio clips through Instagram, which were documented. ARMENTA FLORES also called the CI, which was not recorded. ARMENTA FLORES also contacted the CI via WhatsApp to discuss firearms and narcotics for sale. ARMENTA FLORES told the CI to save the photos of the firearms as he was going to delete them from the chat, which the CI did. The CI negotiated, under ATF direction, to purchase a PMF pistol with "switch" and a Glock, model 29 from ARMENTA FLORES. The deal was set for March 28, 2023.

On March 28, 2023, an agent organized a controlled purchase operation of a PMF pistol with "switch" and a Glock, model 29 from ARMENTA FLORES for $2,900. The CI was searched prior to and after the controlled purchase operation and no contraband was found. While under surveillance, a recorded meeting between ARMENTA FLORES,

UCA1, and ATF CI took place at 3382 Murphy Canyon Road, San Diego, CA 92123. ~~ARMENTA FLORES met UCA1 and the CI in UCV to complete the sale.~~ ARMENTA FLORES sold UCA1 and CI a PMF, Glock style, 9mm caliber, pistol with a machinegun conversion device (MCD) and a Glock, model 29, 10mm caliber, pistol, serial number BNTD375, for $2,900. While UC inspected the PMF pistol with the MCD, ARMENTA FLORES explained how to move the switch to have the pistol fire in full auto mode. ARMENTA FLORES also showed UCA1 a video of someone shooting the firearm in full auto mode.

Preliminary check of the Firearms Trace Summary for the Glock 29 revealed that while it was purchased originally in San Diego, California, it was transferred prior to that sale from Glock Inc in Georgia to Texas to California and ultimately to the firearms dealer from the original purchase.

*March 31, 2023 – Eighth Sale of Firearms from Homero Cervantes Rosales*

CERVANTES ROSALES negotiated directly with UCA1 in recorded communications and offered to sell UCA1 six silencers for $500 per silencer. CERVANTES ROSALES sent UCA1 a photo of two of the silencers and told UCA1 they were "Aselenciadores Para Las pistolas" (roughly translates to silencers/mufflers for guns). UCA1 asked what caliber they were for, and CERVANTES ROSALES answered "Para una 9" ("for a nine"). On March 24, 2023, an agent organized a controlled purchase operation of six silencers from CERVANTES ROSALES. The controlled purchase was monitored and recorded through audio/video recording and transmitting devices.

CERVANTES ROSALES met with UCA1 and UCA3 outside of the Undercover Location. CERVANTES ROSALES indicated the items were hidden in the tailgate of his truck. As CERVANTES ROSALES spoke to UCAs, he pulled out a drill from the Raptor's backseat and walked to the back of the truck. He opened the tailgate and removed the screws from the panel of the tailgate (specifically toward the passenger side). CERVANTES ROSALES pulled up the panel and removed a plastic bag containing six silencers. CERVANTES ROSALES stated "estan peladas esas madres (silencers), mas

1  que los rifles," meaning the silencers can get you in more trouble than a rifle.
2  CERVANTES ROSALES asked how much the UCAs would charge to build an
3  aftermarket compartment to hide rifles. The UCAs stated they needed to look at the vehicle
4  more in depth.   CERVANTES ROSALES also wanted a compartment to hide illegal
5  immigrants stating he had a lot of female drivers.

6      The UCAs and CERVANTES ROSALES went inside the Undercover Location in
7  San Diego, CA to complete the deal. While inside the Undercover Location, CERVANTES
8  ROSALES sold UCA1 and UCA3 six silencers for $3,000. UCA1 removed the six (6)
9  silencers from the bag and noticed the end caps were removable, they contained a baffle,
10  and had threads. CERVANTES ROSALES explained the silencers would fit a 9mm pistol
11  and an "R15" rifle. He explained how to install the silencer by screwing it to the end of the
12  barrel. He also said the silencers had been tested and they were so quiet you couldn't hear
13  it.

14      During the deal, UCAs asked how much methamphetamine CERVANTES
15  ROSALES could sell next time. They discussed between ten and twenty pounds and
16  CERVANTES ROSALES indicated he would speak to his people and let UCAs know, but
17  he thought he could do ten pounds.  The UCAs stated their people from Sinaloa, Mexico
18  wanted large caliber weapons and would be interested in a belt feed.   CERVANTES
19  ROSALES said he would inquire about the firearms and departed the area in the Raptor.

20      Firearms and Ammunition Technology Division made a preliminary determination
21  that the suspected silencers were silencers.

22      *April 20, 2023 – Nineth Sale of Firearms and Sale of Narcotics from*
23      *Homero CERVANTES ROSALES and Mauricio CERVANTES ROSALES.*
24      *(Count 6)*

25      CERVANTES ROSALES negotiated directly with UCA1 in recorded
26  communications and offered to sell UCA1 firearms and methamphetamine. On April 20,
27  2023, an agent organized a controlled purchase operation of twenty firearms and ten

28

1  pounds of methamphetamine from CERVANTES ROSALES.  The controlled purchase
2  was monitored and recorded through audio/video recording and transmitting devices.

3      Homero CERVANTES ROSALES and Mauricio CERVANTES ROSALES arrived
4  outside the pre-arranged location in San Diego, California in two vehicles and consolidated
5  into one vehicle before meeting with the UCAs.  Homero CERVANTES ROSALES and
6  Mauricio CERVANTES ROSALES then exited the vehicle and met with UCA1 and
7  UCA3. Homero CERVANTES ROSALES indicated the items were in the bed of the truck.
8  Mauricio CERVANTES ROSALES climbed into the bed of the truck and moved
9  miscellaneous items used to conceal two large bags. Mauricio CERVANTES ROSALES
10 handed the bags, which contained the twenty firearms, to UCAs. The firearms were taken
11 inside the Undercover Location.  Homero CERVANTES ROSALES unscrewed the panel
12 of the tailgate revealing multiple bags of clear crystal-like substance (suspected
13 methamphetamine). Mauricio CERVANTES ROSALES handed UCA1 a bag and UCA1
14 and Homero CERVANTES ROSALES unloaded the suspected methamphetamine from
15 the tailgate into the bag.  Mauricio CERVANTES ROSALES replaced the panel on the
16 tailgate and screwed it back on.

17     After everyone went inside, UCAs inspected the firearms.  UCAs noticed that one
18 of the firearms had a suspected silencer on it.  Mauricio CERVANTES ROSALES stated
19 he had shot the rifle and it was super quiet. Mauricio, Homero, and UCA1 spoke primarily
20 in Spanish. UCAs then inspected the methamphetamine and UCA3 asked Mauricio
21 CERVANTES ROSALES to help transfer the suspected methamphetamine.  Mauricio
22 helped move the methamphetamine from one bag into another bag. In total, Homero
23 CERVANTES ROSALES and Mauricio CERVANTES ROSALES transferred twenty (20)
24 firearms and approximately 10.6 gross pounds (approximately 4808.08 gross grams). The
25 evidence is documented in the photograph below.  The suspected methamphetamine tested
26 presumptive positive during a preliminary test conducted by ATF agents.

27
28



*Request for Sealing*

It is further respectfully requested that this Court issue an Order sealing, with disclosure permitted to defendant's counsel pursuant to an early disclosure agreement or Rule 16, Fed. R. Crim. P. or until further order of this Court, all papers submitted in support of this Complaint packet: the Complaint, the Affidavit, and the Motion to Seal. Sealing is necessary because the facts and evidence presented in the instant Complaint packet are relevant to an ongoing investigation, and premature disclosure of the contents of this Complaint packet may have a negative impact of this continuing investigation and may jeopardize its effectiveness.



ERICA BAASTEN
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of April 2023.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE